UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )<br>)<br>)<br>)<br>)    3:09-md-02100-DRH<br><br>   MDL No. 2100 |

**This Document Relates To:**

*Danielle Lopez-Bopp v. Bayer Corporation, et al.* No. 11-cv-11540-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on October 27, 2014, the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

                                                    JUSTINE FLANAGAN,
                                                    ACTING CLERK OF COURT

                                                    BY:  /s/*Caitlin Fischer*
                                                           Deputy Clerk

Date: October 30, 2014

                                  David R. Herndon
                                  2014.10.30
                                  11:53:18 -05'00'

APPROVED:
        DISTRICT JUDGE
        U. S. DISTRICT COURT